UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHN RAINES AND TIM MCGOUGH, as
Trustees of the Carpenters & Joiners Welfare Fund
And the Carpenters and Joiners Defined
Contribution Plan, et al.,                                    Case No. 19-CV-2412 (PJS/HB)

      Plaintiffs,

v.                                                             ORDER OF DISMISSAL

PRECISION ATHLETIC FLOORING, LLC, et al.,

      Defendants.

---

Based upon the Stipulation for Dismissal filed by the parties on February 17, 2020 [ECF No. 14],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: February 18, 2020

                                              s/Patrick J. Schiltz
                                              Patrick J. Schiltz
                                              United States District Judge